## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| SEOK JOON LEE | : | VIOLATION:<br>**18 U.S.C. § 912 (impersonating a federal** |
| | : | **officer, and acting as such – 1 count)** |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 22, 2026, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

### SEOK JOON LEE

falsely assumed and pretended to be an officer and employee of the United States acting under

the authority thereof, that is, an agent and employee of the Federal Bureau of Investigation

("FBI"), and in such assumed and pretended character acted as such, in that the defendant

entered a supermarket, wearing a bulletproof vest, a law enforcement-type duty belt, a holstered

firearm loaded with 13 rounds of live ammunition, and two spare magazines, identified himself

as an FBI agent to a security guard, and attempted to conduct a security check of the

supermarket, then subsequently stated to responding officers from the Philadelphia Police

Department that he was "undercover FBI" and that his credentials and FBI number could be

located elsewhere.

In violation of Title 18, United States Code, Section 912.

A TRUE BILL:

_JM White_ /FOR

_____

**DAVID METCALF**
**United States Attorney**

*No.*

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

### THE UNITED STATES OF AMERICA

vs.

SEOK JOON LEE

INDICTMENT

Counts

18 U.S.C. § 912 (1)

